UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID CONNOR | : | |
| | : | |
| vs. | : | C.A. No. 07-305T |
| | : | |
| PENSKE TRUCK LEASING CO., L.P. | : | |

ANSWER OF THE DEFENDANT

FIRST DEFENSE

The defendant admits the allegations of paragraphs 2, 3, 4, and 7 of the plaintiff's complaint.

SECOND DEFENSE

The defendant neither admits nor denies the allegations of paragraphs 1, 5, and 6 of the plaintiff's complaint and leaves the plaintiff to his proof thereof.

THIRD DEFENSE

The defendant denies each and every other allegation of all counts of the plaintiff's complaint.

FOURTH DEFENSE

The defendant alleges the plaintiff was negligent.

FIFTH DEFENSE

The defendant alleges the absence of the notice of the breach of any warranty is required by law.

SIXTH DEFENSE

The defendant alleges that the condition of the so-called Semi-trailer referred to in the plaintiff's complaint on the date of the plaintiff's injury was substantially different than its condition at the time of its lease.

PENSKE TRUCK LEASING CO., L.P.
By its attorney,

/s/ Paul V. Reynolds

Paul V. Reynolds, Esquire (Bar #0966)
REYNOLDS, DeMARCO & BOLAND, LTD.
146 Westminster Street, Suite 400
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861
pvreynolds@conversent.net

THE DEFENDANT, PENSKE TRUCK LEASING CO., L.P., HEREBY CLAIMS A TRIAL BY JURY.

/s/Paul V. Reynolds

I hereby certify that on the 19th day of September, 2007, I caused to be served a copy of the Defendant's Answer to Plaintiff's Complaint via electronic mail to the following counsel of record:

William E. O'Gara, Esquire
wogara@pldlaw.com

/s/ Paul V. Reynolds