UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID CONNOR<br>Plaintiff<br><br>v.<br><br>PENSKE TRUCK LEASING, L.P., and<br>PENSKE TRUCK LEASING CORPORATION<br>Defendants | : | C.A. No.: 07-305 T |

RULE 16 CONFERENCE STATEMENT
OF PLAINTIFF DAVID CONNOR

The plaintiff in this action was injured as the result of an accident involving a truck trailer owned and leased by defendants Penske Truck Leasing, L.P. and Penske Truck Leasing Corporation (hereinafter referred to collectively as "Penske"). The accident occurred when Mr. Connor, a truck driver, was closing the doors on the trailer and a door came loose causing him to sustain a career-ending shoulder injury. The plaintiff alleges that defendants Penske leased the semi-trailer to AFC Cable Systems, plaintiff's employer, in a defective condition or in the alternative, Penske negligently failed to maintain the trailer and that it was unreasonably dangerous.

The claims asserted are based on negligence, strict liability and breach of warranty. See Brimbau v. Ausdale Equipment Co., 119 R.I. 14 (1977). The plaintiff seeks recovery for lost wages, future lost earnings, medical expenses, and pain and suffering.

Respectfully submitted,

By their attorneys
PANNONE LOPES & DEVEREAUX

/s/ William E. O'Gara
William E. O'Gara (#4257)
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908
(401) 824-5100 (telephone)
(401) 824-5123 (fax)

**CERTIFICATION**

The undersigned hereby certifies that I have electronically filed the above document on the 6th day of November, 2007

Notice will be electronically mailed to:

Paul V. Reynolds (#0966)
Reynolds, Demarco, & Boland, Ltd.
146 Westminster Street, Suite 400
Providence, RI 02903
401-861-5522 (telephone)
401-331-4861 (fax)

/s/ William E. O'Gara

Doc # 7417