UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID CONNOR | : | |
| | : | |
| vs. | : | C.A. No. 07-305 T |
| | : | |
| PENSKE TRUCK LEASING CO., L.P. | : | |

**NOTICE OF ENTRY OF APPEARANCE**

I, Thomas C. Angelone, Esq., do hereby enter my appearance on behalf of Defendant, ***Penske Truck Leasing Co., L.P.***, in the above-captioned matter.

/s/ Thomas C. Angelone

Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: March 25, 2008

**CERTIFICATION**

I hereby certify that on this 25th day of March, 2007, I caused a copy of the within ***Entry of Appearance*** to be electronically transmitted to the following attorney(s) of record:

William E. O Gara, Esq.
Pannone, Lopes & Devereaux, LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908
wogara@pld-law.com smelo@pld-law.com

Paul V. Reynolds, Esq.
Reynolds, DeMarco & Boland, Ltd.
146 Westminster Street, Suite 400
Providence, RI 02903
pvreynolds@conversent.net

/s/ Thomas C. Angelone