UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID CONNOR | : | |
| | : | |
| VS. | : | C.A. No.: 07-305T |
| | : | |
| PENSKE TRUCK LEASING CO., L.P. | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Paul Reynolds hereby withdraws his appearance as counsel for the defendant.

/s/ Paul V. Reynolds ____________________

Paul V. Reynolds, Esquire (#0966)
Reynolds, DeMarco & Boland, Ltd.
146 Westminster Street, Suite 400
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

CERTIFICATION

I hereby certify that on this ______ day of ________________, 2008, I caused to be served a copy of the Withdrawal of Appearance via Electronic Filing to:

William O'Gara, Esquire
wogara@pld-law.com

Thomas Angelone, Esquire
Angelonelaw@aol.com

/s/ Paul V. Reynolds ____________________