UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID CONNOR,<br>Plaintiff, | : | |
| v. | : | C.A. No.: 07-305T |
| PENSKE TRUCK LEASING CO., L.P.,<br>Defendant. | : | |

**MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Plaintiff moves to continue the settlement conference for 30 days. As grounds for the motion, the plaintiff has not been deposed and there is additional discovery that needs to be completed in order for the conference to be productive. Defense counsel does not object to the motion.

Respectfully submitted,
DAVID CONNOR

/s/ William E. O'Gara

William E. O'Gara (#4257)
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, Rhode Island 02908
Tel.: (401) 824-5100
Fax: (401) 824-5123

**CERTIFICATION**

I hereby certify that on May 23, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ William E. O'Gara