UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID CONNOR,<br>Plaintiff,<br><br>v.<br><br>PENSKE TRUCK LEASING CO., L.P.,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 07-305T |

**ENTRY OF APPEARANCE**

Thomas R. Gonnella hereby enters his appearance for the Plaintiff, David Connor.

RESPECTFULLY SUBMITTED,

Plaintiff

DAVID CONNOR

Thomas R. Gonnella (#7605)
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, Rhode Island 02908
Tel.: (401) 824-5100
Fax: (401) 824-5123

## CERTIFICATION

The undersigned hereby certifies that a true copy of the within was sent via first class mail postage prepaid on the 23rd day of June, 2008 to the following:

Thomas C. Angelone, Esq.,
Hodosh, Spinella & Angelone
One Turks Head Building, Suite 810
Providence, RI 02903