UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID CONNOR,<br>Plaintiff, | : | |
| v. | : | C.A. No.: 07-305T |
| PENSKE TRUCK LEASING CO., L.P.,<br>Defendant. | : | |

JOINT MOTION TO EXTEND DISCOVERY

The parties request that the discovery closure date be extended by sixty days (60). The proposed discovery closure date is October 1, 2008. This is the parties' first motion to extend discovery.

PLAINTIFF

/s/ William E. O'Gara
William E. O'Gara (#4257)
Thomas R. Gonnella (#7605)
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, Rhode Island 02908
Telephone: (401) 824-5100
Facsimile: (401) 824-5123

DEFENDANT

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. (#1373)
Hodosh, Spinella & Angelone
One Turks Head Building, Suite 810
Providence, RI 02903
401-274-0200

**Dated: July 7, 2008**